891 A.2d 727

**Clyde SHAVALIER, Appellant**

v.

**Jeffrey A. BEARD, Secretary, Pennsylvania Department
of Corrections and the Attorney General, Appellees.**

Supreme Court of Pennsylvania.

Feb. 22, 2006.

140

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of February, 2006, it is hereby ordered that the Order of the Commonwealth Court is affirmed.

Justice BALDWIN did not participate in the consideration or decision of this matter.